# (December 9, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HILLARY A. BEST, Petitioner, v EUGENE S. LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus denied, upon the ground that there is no basis to depart from traditional orderly procedure by resort to habeas corpus during pendency of a direct appeal from the judgment of conviction (*People ex rel. Keitt v McMann,* 18 NY2d 257). Mahoney, P. J., Mikoll, Yesawich, Jr., Weiss and Levine, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT BROWN, Petitioner, v EUGENE LEFEVRE, as Superintendent of Clinton Correctional Facility, et al., Respondents. — Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus denied (*People ex rel. Frazier v Coombe,* 87 AD2d 904). Mahoney, P. J., Sweeney, Yesawich, Jr., Weiss and Levine, JJ., concur.